UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. 2:14-CR-107 (4) |
| | ) | |
| JAMES ELMER MCLAIN, III. | ) | |

## MEMORANDUM AND ORDER

The purpose of this order is to memorialize the circumstances surrounding the appointment of CJA panel attorney J. Russell Pryor to represent this defendant

Mr. Pryor earlier was appointed to represent another defendant in this case. Attorney Pryor promptly traveled to the detention facility where that defendant was housed to introduce himself and to have an initial conference. On arriving, however, that defendant immediately told attorney Pryor that the defendant's wife had retained an attorney to represent him, and Mr. Pryor's services would not be needed. That defendant essentially said nothing else to Mr. Pryor, and certainly did not discuss any facts of this case with him. Under these circumstances, attorney Pryor has no actual or potential conflict of interest, and for that reason he was appointed to represent the defendant McLain.

SO ORDERED:

                                                  s/Dennis H. Inman
                                                United States Magistrate Judge